Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for GeoGlobal Partners, LLC,
as a Shareholder of Peaktop Technologies (USA), Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE PEAKTOP TECHNOLOGIES (USA), INC.
SHAREHOLDER DERIVATIVE LITIGATION

JUDGE RAKOFF

06 CV 8228

Plaintiff,                                    :     Case No.

v.                                            :

Peaktop International Holdings Limited, and
SRG Group (a/k/a or d/b/a/ SRG Gifts), and    :
Mr. Chun Kuei Lin, Individually, and as CEO and
Chairman of Peaktop International Holdings Ltd, and as:
Director of Peaktop Technologies (USA), Inc., and as
Director and Officer of SRG Group, and as     :
Director and Officer of SRG Gifts, and
Mr. Vincent Wei Hung Lin, Individually, and as  :     **RULE 7.1 STATEMENT**
Director and Officer of SRG Group, and as
Director and Officer of SRG Gifts, and        :
Mr. Mike Wu, Individually, and as
Director of Peaktop Technologies (USA), Inc., and  :
Mr. Chun-Hui Huang, Individually, and as
Director of Peaktop Technologies (USA), Inc. :

Defendants.                          :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiff, GeoGlobal Partners, LLC, states that it is a privately held and

non-governmental corporation, has no publicly-traded parent, subsidiary or affiliate corporations and no public corporation owns more than 10% of its stock.

Dated: October 9, 2006

DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010

By: _____
Sean F. Kane, Esq. (SK 4568)