AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

IN RE PEAKTOP TECHNOLOGIES (USA), INC.
SHAREHOLDER DERIVATIVE LITIGATION,

**APPEARANCE**

Case Number: 06 CV 8228

V.
PEAKTOP INTERNATIONAL HOLDINGS LTD., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, In re Peaktop Technologies (USA), Inc. Shareholders Derivative Litigation.  Please have the following email address included in the ECF system: skane@drakefordkane.com

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/1/2006 | _[signature]_ |
| Date | Signature |
| | Sean F. Kane — SK4568 |
| | Print Name — Bar Number |
| | Drakeford & Kane LLC, 475 Park Ave. South, 15th Floor |
| | Address |
| | New Yotk — NY — 10016 |
| | City — State — Zip Code |
| | (212) 696-0010 — (212) 696-0070 |
| | Phone Number — Fax Number |