```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE PEAKTOP TECHNOLOGIES (USA),   :
INC. SHAREHOLDER DERIVATIVE         :
LITIGATION,                         :    06 Civ. 8228 (JSR)
                                    :
            Plaintiff,              :        ORDER
                                    :
            -v-                     :
                                    :
PEAKTOP INTERNATIONAL HOLDINGS      :
LIMITED, et al.,                    :
                                    :
            Defendants.             :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, <u>see</u> Transcript, December 14, 2006, this action is stayed in all respects, pending further action by the Court.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 14, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-06