WILENTZ, GOLDMAN & SPITZER
A Professional Corporation
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
    and
LAW OFFICES OF WEICHENG WANG
197 Route 18, Suite 309
East Brunswick, New Jersey 08816
(732) 418-8865
Attorneys for Defendants



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-06

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
IN RE PEAKTOP TECHNOLOGIES
(USA), INC. SHAREHOLDER
DERIVATIVE LITIGATION,

    Plaintiffs,

v.

PEAKTOP INTERNATIONAL
HOLDINGS LIMITED, et al.,

    Defendants.
---------------------------------------------------X

Civil Action No. 06 CV 8228 (JSR)

**ORDER ADMITTING
EDWARD T. KOLE AND
JAMES E. TONREY, JR.
PRO HAC VICE**

    THIS MATTER having come before the Court on on the application of Wilentz Goldman & Spitzer, P.C., attorneys for Defendant Peaktop Investment Holdings (B.V.I.) Limited for the admission of Edward T. Kole and James E. Tonrey, Jr., pro hac vice; upon notice to Sean F. Kane, Esq. of Drakeford & Kane LLC, attorneys for plaintiff GeoGlobal Partners LLC; and there being no objection to the application, and for good cause shown,

#2377982

IT IS on this __14th__ day of December, 2006

ORDERED that:

1. Edward T. Kole and James E. Tonrey, Jr. be and are hereby admitted pro hac vice for the purpose of appearing, participating and representing Defendant Peaktop Investment Holdings (B.V.I.) Limited, in the above-captioned matter, subject to the following terms and conditions:

2. They shall abide by the United States District Court rules, including the Local Rules for the for the Southern and Eastern Districts of New York;

3. They shall consent to the appointment of the Clerk of the Southern District of New York as an agent upon whom service of process may be made for all actions against their firm that may arise out of their participation in this matter;

4. They shall each notify the Court immediately of any matter affecting their standing at the Bar of any other Court;

5. They shall have all pleadings, motions and other papers filed or served in the case, signed by local counsel, who shall be held responsible for them and for the conduct of the within cause;

6. Noncompliance with any of these requirements may be grounds of disqualification of the pro hac vice counsel;

7. A copy of this Order shall be served by counsel for Defendant within seven (7) days of receipt of same.

_____
HON. JED S. RAKOFF