Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010
Attorneys for GeoGlobal Partners, LLC,
as a Shareholder of Peaktop Technologies (USA), Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PEAKTOP TECHNOLOGIES (USA), INC.
SHAREHOLDER DERIVATIVE LITIGATION

                    Plaintiff,

     v.

Peaktop International Holdings Limited, and
SRG Group (a/k/a or d/b/a/ SRG Gifts), and
Mr. Chun Kuei Lin, Individually, and as CEO and
Chairman of Peaktop International Holdings Ltd,
and as Director of Peaktop Technologies (USA),
Inc., and as Director and Officer of SRG Group,
and as Director and Officer of SRG Gifts, and
Mr. Vincent Wei Hung Lin, Individually, and as
Director and Officer of SRG Group, and as Director
and Officer of SRG Gifts, and
Mr. Mike Wu, Individually, and as Director of
Peaktop Technologies (USA), Inc., and
Mr. Chun-Hui Huang, Individually, and as Director
of Peaktop Technologies (USA), Inc.,

                    Defendants.

**Case No.  06 CV 8228 (JSR)**

**STIPULATION AND ORDER
DISCONTINUING AND DISMISSING
ACTION WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned
attorneys of record for all the parties to the above entitled action, that whereas no party hereto is
an infant, incompetent person for who a committee has been appointed or conservatee and no
person not a party has an interest in the subject matter of the action, this action, and all the
parties' respective claims and putative counterclaims, be and hereby are discontinued and

dismissed with prejudice and without costs to any party as against the others.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
            March 5, 2008

DRAKEFORD & KANE LLC
475 Park Avenue South
15th Floor
New York, New York 10016
(212) 696-0010

By:  _____
        Sean F. Kane, Esq. (SK 4568)
        Attorneys for GeoGlobal Partners, LLC,
        as a Shareholder of Peaktop Technologies (USA), Inc.

Dated:  New York, New York
            March 5, 2008

Wilentz, Goldman & Spitzer P.A.
110 William Street
26th Floor
New York, NY 10038-3091
Telephone: (212) 267-3091
Telecopier: (212) 267-3828

By:  _____ (by SFK)
        James E. Tonrey, Jr. Esq.
Attorneys for Defendants Peaktop International Holdings
Limited, SRG Group (a/k/a or d/b/a/ SRG Gifts), Mr. Chun
Kuei Lin, Mr. Vincent Wei Hung Lin, Mr. Mike Wu and
Mr. Chun-Hui Huang

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.